IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                December 14, 2018
Courtroom Deputy:    Leigh Roberson
Court Reporter:      Mary George
Probation:           Nicole Peterson

| | |
|---|---|
| Criminal Action No. **14-cr-00362-WJM-5** | Counsel: |
| UNITED STATES OF AMERICA, | Barbara Skalla |
| Plaintiff, | |
| v. | |
| DEWO CHENGBERLIN, | Dru Neilsen |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**10:02 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Defendant sworn.

Argument given on sentencing.

Oral motion of the Government to dismiss Counts 1, 2, 11, 15, 19, 20, and 22 of the Indictment.

**ORDERED:**  The oral motion of the Government is granted and Counts 1, 2, 11, 15, 19, 20, 22 of the Indictment are dismissed with prejudice against this defendant only.

Court's remarks regarding defendant's history, offense level, criminal history level and sentencing guidelines range.

Defendant waives his right to an allocution.

Court's findings and conclusions.

**ORDERED:** Defendant's Motion for Below Guidelines Sentence [ECF 331], filed November 30, 2018, is granted.

**ORDERED:** Defendant shall be imprisoned for a term of time served as to Count 1 of the Information. No term of supervised release shall be imposed. Defendant is advised that if he reenters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** The mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived.

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Defendant shall pay a special assessment of $100.00, due and payable immediately.

The defendant is formally advised of his right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for release into ICE custody today.

**10:27 a.m.    Court in recess.**

Total time in court: 25 minutes

Hearing concluded.