# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No.   14-cr-00362-WJM-5

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DEWO CHENGBERLIN,

     Defendant.

_____

# ORDER
_____

     Pursuant to and in accordance with the sentencing hearing held before the Honorable William J. Martínez, United States District Judge, on December 14, 2018,

     IT IS ORDERED that defendant Dewo Chengberlin is sentenced to time served.

     Dated at Denver, Colorado, this 14th day of December, 2018.

BY THE COURT:

William J. Martínez
United States District Judge